## Wm. Dinnen v. Robert Baxter.

*Justices court: Jurisdiction: Replevin: Affidavit.* When nothing appears in a justice's court to impeach the jurisdiction in a replevin case when the affidavit had made out a proper showing, evidence on appeal, that the property involved was of greater value than one hundred dollars, cannot be allowed to overthrow the jurisdiction, and prevent the appeal from being decided on the merits.

*Heard and Decided May 12.*

Case Made, from Wayne Circuit.

This was an action of replevin commenced before a Justice of the Peace.

The affidavit upon which the writ was founded, stated the value of the property replevied at $99, and not exceeding $100.

The declaration claimed damages at $50.00. Judgment was rendered in favor of the plaintiff, whereupon defendant appealed the same to the Circuit Court.

18 Mich.—e[5]

On the trial of the appeal, plaintiff was sworn as a witness, and testified that the value of the property described in the writ was over $150. The defendant thereupon moved the court to quash the writ and dismiss the case.

The court held the motion under advisement, and directed the case to proceed. The defendant then introduced testimony tending to show that the property replevied was worth less than $100.

At the conclusion of the evidence, the motion to dismiss was denied, and judgment rendered in favor of plaintiff: the court having found that the property replevied was worth less than $100.

*Chipman & Weber*, for plaintiff.

*B. T. Prentiss* and *Hoyt Post*, for defendant.

The court regarding the case as within the principle of *Merrill v. Butler*, recently decided, affirmed the judgment.